## Attilio Catani, Appellee, v. Illinois Third Vein Coal Company, Appellant.

### Gen. No. 6,449.   (Not to be reported in full.)

Appeal from the Circuit Court of Bureau county; the Hon. JOE A. DAVIS, Judge, presiding. Heard in this court at the October term, 1917. Affirmed. Opinion filed February 12, 1918. *Certiorari* denied by Supreme Court (making opinion final).

### Statement of the Case.

Action by Attilio Catani, plaintiff, against Illinois Third Vein Coal Company, defendant, to recover damages for personal injuries. From a judgment for plaintiff for $14,000, defendant appeals.

McDOUGALL, CHAPMAN & BAYNE, for appellant; MASTIN & SHERLOCK, of counsel.

DUNCAN & O'CONOR, for appellee.

MR. JUSTICE NIEHAUS delivered the opinion of the court.

### Abstract of the Decision.

1. MINES AND MINERALS, § 176*—*when evidence shows failure to furnish adequate props to miner.* Evidence *held* sufficient to warrant the finding that plaintiff needed 6-foot props in his work as miner, that he demanded same of defendant's driver, that they were not delivered to him, that the props he had to use as substitutes after failing to obtain props of the proper length were not strong enough or sufficient to hold up the roof properly near the face of the coal where plaintiff was mining, resulting thereby in the premature breaking down of the coal at that point as well as part of the roof, injuring him.

2. MINES AND MINERALS, § 89*—*when custom as to ordering props from drivers is shown.* Evidence *held* sufficient to warrant the finding that there was a custom in defendant's coal mine for miners to order props for their use in mining from the defendant's drivers.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

3. MINES AND MINERALS, § 90*—*when shown that owner had knowledge of custom as to ordering of props.* Evidence *held* sufficient to show that defendant had knowledge of a custom of its miners ordering props for their use in mining from defendant's drivers which was long existing and to have acquiesced in such custom, so as not to necessitate a demand for props by the mine manager.

4. DAMAGES, § 122*—*when verdict is not excessive.* A verdict for $14,000 *held* not excessive for severe and permanent injuries sustained by a vigorous, healthy man 38 years old, which nearly cost him his life, resulted in pain and suffering, the amputation of his leg and permanent crippling therefrom, and consequent inability to perform manual labor, the only kind he was fitted for or able to perform.